## W. R. Allensworth, Plaintiff-Appellee, v. Don Allensworth, Defendant-Appellant.

Gen. No. 10,624. 

Don C. Allensworth, *pro se*, appellant; Gale A. Mathers, Burrel Barash, and R. C. Stoerzbach, for appellee. Opinion by JUSTICE ANDERSON. Not to be published in full. Opinion filed February 11, 1953; rehearing denied April 8, 1953; released for publication April 8, 1953.

## Adelina Winter, Plaintiff-Appellant, v. Julius L. Schaller, as Administrator of Estate of Abbie Schlesinger, Deceased, Pauline Winter, Rosina Schmidt, Martha Antoine, and Elisabeth Pfeifer, Defendants-Appellees.

Gen. No. 10,628. 

C. F. Hendrick, for appellant; John W. Dubbs, for appellees. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full. Opinion filed March 26, 1953; released for publication April 13, 1953.